```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10937
   MARIA SOLEDAD SOLIS
                                                 CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-1648


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 06/19/2007 and was not confirmed.

     The case was dismissed without confirmation 10/11/2007.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
---------------------------------------------------------------------------
AMGNL                    UNSEC W/INTER NOT FILED             .00          .00
ARMOR SYSTEMS CORP       UNSEC W/INTER NOT FILED             .00          .00
CBE GROUP                UNSEC W/INTER NOT FILED             .00          .00
CODILIS & ASSOCIATES ^   NOTICE ONLY   NOT FILED             .00          .00
HARRIS                   UNSEC W/INTER NOT FILED             .00          .00
MEDICAL COLLECTION SYSTE UNSEC W/INTER NOT FILED             .00          .00
MONEY CONTROL            UNSEC W/INTER NOT FILED             .00          .00
OPTION ONE MORTGAGE CO   NOTICE ONLY   NOT FILED             .00          .00
OPTION ONE MORTGAGE      CURRENT MORTG       .00             .00          .00
OPTION ONE MORTGAGE      MORTGAGE ARRE  38062.27             .00          .00
BANK OF NEW YORK         NOTICE ONLY   NOT FILED             .00          .00
*THAV & RYKE PLLC        DEBTOR ATTY         .00                          .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00


        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       ---------------      ---------------
TOTALS                        .00                     .00




                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 10937 MARIA SOLEDAD SOLIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 10937 MARIA SOLEDAD SOLIS